IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO.: 5:03CR15-V

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| **QUINCY DEMERY,** ) | |
| **Defendant.** ) | |
| _____) | |

**THIS MATTER** is before the Court on Defendant's "Motion for Release Of Pre-Sentence Investigation Report To Appellate Counsel," filed August 18, 2005. (Doc. #89)

Defendant, through newly appointed appellate counsel, seeks authorization for release of certain non-public materials in order to pursue Defendant's direct appeal of his conviction and sentence to the Fourth Circuit Court of Appeals. Upon a showing of good cause, the motion will be <u>granted</u>.

**IT IS, THEREFORE, ORDERED THAT:**

1) Defendant's Motion To Release Of Pre-Sentence Investigation Report is hereby **GRANTED.** Accordingly, U.S. Probation is authorized to release a copy of the Defendant Demery's Pre-Sentence Report to Attorney Andrew B. Banzhoff;

2) The Deputy Clerk is directed to forward a copy of this Order to Defense Counsel, U.S. Attorney's Office, and U.S. Probation Department.

1

**Signed: August 22, 2005**

*Richard L. Voorhees*
Richard L. Voorhees
United States District Judge